THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
Special Assistant United States Attorney
California Bar Number 140310
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0304
     Facsimile: (213) 894-7177
     Email:    Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $913,608.95 IN BANK ACCOUNT FUNDS, <br><br> Defendant. | NO. 2:08-cv-01726-FMC-RCx <br><br> **DEFAULT JUDGMENT OF FORFEITURE** <br><br> DATE: August 18, 2008 <br> TIME: 10:00 a.m. <br><br> Before the Honorable Florence-Marie Cooper, United States District Judge |

This action arose from the Complaint for Forfeiture ("Complaint") filed herein on March 13, 2008. Notice of this action has been given in the manner required by law, and potential

1 | claimants Magnolia Diagnostics, Inc., New Century Medical Supplies,
2 | Inc., AAA Financial Services, Inc., Violeta Mkryan, Garnik Yesayan,
3 | Vadim Gorobets, and Ramon Gutierrez have not appeared by filing a
4 | Statement identifying their right or interest with this Court.
5 | Further, potential claimants Magnolia Diagnostics, Inc., New
6 | Century Medical Supplies, Inc., AAA Financial Services, Inc.,
7 | Violeta Mkryan, Garnik Yesayan, Vadim Gorobets, and Ramon Gutierrez
8 | have not filed an Answer to the Complaint or otherwise defended
9 | their interest, if any, in the defendant $913,608.95 in bank
10 | account funds ("defendant account funds").  Therefore, the Court
11 | deems that potential claimants Magnolia Diagnostics, Inc., New
12 | Century Medical Supplies, Inc., AAA Financial Services, Inc.,
13 | Violeta Mkryan, Garnik Yesayan, Vadim Gorobets, Ramon Gutierrez and
14 | all other potential claimants admit the allegations of the
15 | Complaint to be true.
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 |

1    ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all
2 right, title, and interest of potential claimants Magnolia
3 Diagnostics, Inc., New Century Medical Supplies, Inc., AAA
4 Financial Services, Inc., Violeta Mkryan, Garnik Yesayan, Vadim
5 Gorobets, Ramon Gutierrez and all other potential claimants in and
6 to the defendant account funds is condemned and forfeited to the
7 United States of America.

8 DATED: Aug 18 2008

_____
UNITED STATES DISTRICT JUDGE